UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

VERNON C. BROWN, ) Case No. CV 11-4691-CAS(AJW)
)
      Petitioner, )
) JUDGMENT
vs. )
)
J.B. WALKER, )
)
      Respondent. )

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed.

Dated: 6/10/11

                                                       *Christina A. Snyder*
                                                       Christina A. Snyder
                                                       United States District Judge